

Phone (252) 830-6009
Fax (252) 830-2793

# United States District Court
## Office of the Clerk
**201 S. Evans Street**
**Greenville, NC 27858**

Dennis P. Iavarone
Clerk

September 7, 2010

Clerk, US District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. US Courthouse
400 N. Miami Avenue, 8th Floor
Miami, FL 33128

> FILED by _____ D.C.
>
> **SEP 15 2010**
>
> STEVEN M. LARIMORE
> CLERK U. S. DIST. CT.
> S. D. of FLA. – FT. LAUD.

     RE: USA vs. Jose Noesi
     EDNC No: 5:96-CR-138-1H
     SDFL No: 10-TP-00030-JIC

Dear Sir or Madam:

     Enclosed are certified copies of the following documents in the above referenced case that are being sent to your district for disposition pursuant to 18:3605, transfer of jurisdiction:

1. Indictment
2. Judgment and Commitment
3. Docket Sheet
4. Transfer of Jurisdiction form

Your acknowledgment of receipt of the above listed documents on the enclosed copy of this letter will be appreciated.

     Sincerely,
     Dennis P. Iavarone, Clerk

     *s/ Lisa W. Lee*
     Lisa W. Lee, Deputy Clerk

Enclosures
cc: U.S. Probation Office, U.S. Attorney's Office

---

RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN:

ASSIGNED CASE NO: _____

Clerk, U.S. District Court

     DATE: _____

By: _____

FILED

AUG 21 1996

DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E DIST NO. CAR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:96-CR-138-1-BR
5:96-CR-138-2-BR
5:96-CR-138-3-BR

97-3659-BANDSTRA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   I N D I C T M E N T |
| | ) |
| JOSE FRANCISCO ALMONTE | ) |
| DEREK ENRIQUEZ | ) |
| RICHARD ALAVA | ) |

The Grand Jury charges:

## COUNT ONE

From in or about the beginning of 1994 to on or about July 12, 1996, in the Eastern District of North Carolina, the defendants, JOSE FRANCISCO ALMONTE, DEREK ENRIQUEZ and RICHARD ALAVA, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and other persons both known and unknown to the Grand Jury, to commit an offense, in violation of the provision of Title 21, United States Code, Section 841(a)(1), to knowingly, intentionally and unlawfully possess with the intent to distribute cocaine and cocaine base(crack), Schedule II narcotic controlled substances.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendant and certain unindicted co-conspirators

I certify the foregoing to be a true and correct copy of the original. Dennis P. Iavarone, Clerk United States District Court Eastern District of North Carolina By _____ Deputy Clerk

performed overt acts in the Eastern District of North Carolina, including the following:

1. Beginning in early 1994, JOSE FRANCISCO ALMONTE began distributing large amounts of cocaine and cocaine base (crack) to a person known to the Grand Jury.

2. From in or about May of 1994 to in or about October of 1995, JOSE FRANCISCO ALMONTE distributed approximately 40 kilograms of cocaine and cocaine base (crack) to persons known to the Grand Jury.

3. From in or about May of 1994 to in or about October of 1995, DEREK ENRIQUEZ and RICHARD ALAVA made deliveries of cocaine on behalf of JOSE FRANCISCO ALMONTE to persons known to the Grand Jury.

4. From on or about October 8, 1995 to on or about October 10, 1995, JOSE FRANCISCO ALMONTE distributed two kilograms of cocaine to a person known to the Grand Jury.

5. On or about October 10, 1995, JOSE FRANCISCO ALMONTE received $50,000.00 in payment for cocaine.

6. During the early part of July of 1996, JOSE FRANCISCO ALMONTE agreed to have five kilograms of cocaine delivered to a person in Kinston, North Carolina, which person is known to the Grand Jury.

7. On or about July 12, 1996, JOSE FRANCISCO ALMONTE informed a person known to the Grand Jury that his cocaine transporters were in North Carolina with the cocaine.

Case 5:96-cr-00138-H   Document 7   Filed 08/21/96   Page 2 of 3

8. On or about July 12, 1996, the defendants DEREK ENRIQUEZ and RICHARD ALAVA were in possession of five kilograms of cocaine in Kinston, North Carolina.

All in violation of the provisions of Title 21, United States Code, Section 846.

### COUNT TWO

On or about July 12, 1996, in the Eastern District of North Carolina, the defendants, DEREK ENRIQUEZ and RICHARD ALAVA did knowingly, intentionally and unlawfully possess with the intent to distribute cocaine, a Schedule II narcotic controlled substance, and did aid and abet each other in so doing, in violation of the provisions of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
JANICE McKENZIE COLE
United States Attorney

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina
By _____
Deputy Clerk

P. 005          TEL:919 856 4217          USMS, E/NC   14:25  (THU)7 .02- .TCO

# United States District Court
## Eastern District of North Carolina - Western Division

UNITED STATES OF AMERICA

v.

**Jose Francisco Noesi**

Re-Sentencing Upon Remand From Fourth
Circuit Court of Appeals

## THE DEFENDANT:

### JUDGMENT IN A CRIMINAL CASE

(For Offenses Committed On or After November 1, 1987)

Case Number: 5:96CR00138-001

Doug McCullough/Myron T. Hill, Jr.

Defendant's Attorney

☒ pleaded guilty to count(s) 1

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841 (a)(1) | Conspiracy to distribute & distribution of cocaine and cocaine base | 07/12/1996 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's USM No.: 57778-004

Defendant's Residence Address:

155 Audubon Ave. - Apt. A2

| New York | NY | 10007 |
|---|---|---|

Defendant's Mailing Address:

155 Audubon Ave. - Apt. A2

| New York | NY | 10007 |
|---|---|---|

06/13/2000

Date of Imposition of Judgment

Signature of Judicial Officer

**MALCOLM J. HOWARD**

**UNITED STATES DISTRICT JUDGE**

Name & Title of Judicial Officer

4-13-00

Date

I certify the foregoing
copy of the original, Clerk
Dennis P. Iavarone, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk

DEFENDANT: **Jose Francisco Noesi**
CASE NUMBER: **5:96CR00138-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __168 month(s)__ .

**Re-Sentenced per Remand from the Fourth Circuit Court of Appeals**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The defendant shall support dependents while incarcerated with such funds being forwarded to Lisette Noesi, Mother, 220 Audubon Ave., #41, New York, New York 10033, for the support of Timothy and Shelly.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
**UNITED STATES MARSHAL**

By _____
Deputy U.S. Marshal

DEFENDANT: **Jose Francisco Noesi**
CASE NUMBER: **5:96CR00138-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __5__ **year(s)** .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Page    **4**

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:      Jose Francisco Noesi
CASE NUMBER:    5:96CR00138-001

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

The defendant shall provide the probation office with access to any requested financial information.

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

The defendant shall consent to a warrantless search by a United States probation officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

DEFENDANT: **Jose Francisco Noesi**

CASE NUMBER: **5:96CR00138-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $ 100.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| | Totals: | $ _____ | $ _____ |
|---|---|---|---|

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

DEFENDANT: **Jose Francisco Noesi**
CASE NUMBER: **5:96CR00138-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or

B ☐ $ _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ ; or

D ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will be credited for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk, U.S. District Court, Attn: Financial Unit, Post Office Box 25670, Raleigh, NC 27611, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

DEFENDANT:        Jose Francisco Noesi
CASE NUMBER:      5:96CR00138-001

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

## OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level:        **39**

Criminal History Category:      **II**

Imprisonment Range:    **292 to 365 mos.**

Supervised Release Range:   **5 yrs.**

Fine Range: $ ___**25,000.00**___ to $ __**4,000,000.00**__

    ☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ _____

    ☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

    ☐ For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

    ☐ Partial restitution is ordered for the following reason(s):

    ☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

## OR

☒ The sentence departs from the guideline range:

    ☒ upon motion of the government, as a result of defendant's substantial assistance.

    ☐ for the following specific reason(s):

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>JOSE FRANCISCO NOESI | )<br>)<br>)<br>)  Case No:  5:96-CR-138-1H<br>)  USM No:  57778-004 |
| Date of Previous Judgment:  June 13, 2000<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)  Defendant's Attorney  Robert H. Hale, Jr. |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____ defendant _____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED   and the defendant's previously imposed sentence of imprisonment (as reflected

in the last judgment issued) of _168_ months is reduced to 156 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  39 | Amended Offense Level:  37 | |
| Criminal History Category:  II | Criminal History Category:  II | |
| Previous Guideline Range:  292 to 365 months | Amended Guideline Range:  235 to 293 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range although not precisely the same percentage reduction.

☐ Other (explain) :

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated June 13, 2000
shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  December 2, 2008

Effective Date: _____
(if different from order date)

Judge's signature

Malcolm J. Howard, Senior U.S. District Judge
Printed name and title

# U.S. District Court
# EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
# CRIMINAL DOCKET FOR CASE #: 5:96-cr-00138-H-1
# Internal Use Only

Case title: USA v. Noesi, et al

Date Filed: 08/21/1996
Date Terminated: 06/29/1998

Assigned to: Senior Judge Malcolm
J. Howard

Appeals court case number:
98-4528

### Defendant (1)

**Jose Francisco Noesi**
*TERMINATED: 07/02/1998*

represented by **J. Douglas McCullough**
Stubbs & Perdue, PA
310 Craven St.
P. O. Box 1654
New Bern, NC 28563
252-633-2700
Fax: 252-633-9600
Email:
jmccullough@stubbsperdue.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jose Francisco Almonte**
No Current Address
*TERMINATED: 07/02/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Myron T. Hill , Jr.**
Browning & Hill
200 E. Fourth St.
Greenville, NC 27835
252-758-1403
Fax: 252-758-5195
Email: mhill@browning-hill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



*Designation: Retained*

**Robert Hood Hale , Jr.**
Robert H. Hale, Jr. & Associates, PC
P. O. Box 1349
16 W. Martin St., Suite 101
Raleigh, NC 27602
919-838-0058
Fax: 919-833-9427
Email: robert@halecriminallaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert M. Hurley**
robert.m.hurley@nccourt.org
123 West Main Street
401
Durham, NC 27701
919-560-5837
Fax: 560-6900
*TERMINATED: 07/02/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas P. McNamara**
Federal Public Defender
150 Fayetteville St.
Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 919-856-4477
Email: Thomas_McNamara@fd.org
*TERMINATED: 05/19/2008*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:846 Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base (Crack) (1) | J&C of 6-30-98: BOP - 329 months w/recommendations S/R - 60 mths w/conditions Fine - $ 15,700.00 w/o interest S/A - $ 100.00 - all financal penalties due in full/immediately, statement of reasons & deft. is remanded to custody - USA, USPO-3 , USM-3, PTS, fine center, Sharon, Hurley, Storch, Br. Cr. Ob. |

11 Pg. 57 - AMENDED JUDGMENT 6/13/00 - upon remand from 4th circuit - BOP - 168 mso. - support dependents - spec. conds. of sup. rel. - 5 yrs. - $100.00 spec. assessment - due immed. no fine - statement of reasons - downward departure mtn - granted

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

---

## Plaintiff

**USA**
*TERMINATED: 07/02/1998*

represented by **Jane J Jackson**
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1461
919-856-4292
Fax: 919-856-4481
Email: jane.jackson@usdoj.gov
*TERMINATED: 07/02/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/1996 | 7 | INDICTMENT as to Jose Francisco Almonte (1) count(s) 1, Derek Enriquez (2) count(s) 1, 2, Richard Alava (3) count(s) 1, 2 - cys dist. (rp) (Entered: 08/27/1996) |
| 08/28/1996 | 8 | Arrest WARRANT issued as to Jose Francisco Almonte - Orig & 1 USM - USA (rp) (Entered: 08/28/1996) |

| Date | No. | Entry |
|---|---|---|
| 08/28/1996 | | (rp) (Entered: 08/28/1996) |
| 08/28/1996 | | (Court only) **Added Government Attorney Jane H. Jolly (rp) (Entered: 08/28/1996) |
| 10/03/1997 | | ARREST of Jose Francisco Almonte in Soutern/Florida (sc) (Entered: 10/22/1997) |
| 10/15/1997 | 20 | arrest WARRANT Returned Executed as to Jose Francisco Almonte on 10/3/97 (AFTER DEPORTATION FROM SANTO DOMINGO DOMINICAN REPUBLIC) (rp) (Entered: 10/15/1997) |
| 10/21/1997 | 21 | Rule 40 Documents as to Jose Francisco Almonte received from Southern/Florida (sc) (Entered: 10/22/1997) |
| 10/24/1997 | 22 | MOTION by USA as to Jose Francisco Almonte to amend the indictment to reflect defendant's true name - Noesi cc: J. Britt w/proposed order. (sc) (Entered: 10/24/1997) |
| 10/27/1997 | | Initial appearance as to Jose Francisco Almonte held before USMJ Wallace W. Dixon in Raleigh. Proceedings recorded. Deft. present w/o counsel. Deft. advised of rights, charges and max penalties. Deft. has retained counsel. Deft. remanded to custody of DUSM per detention order issued in SDFL. USMJ Dixon (fdc) (Entered: 10/27/1997) |
| 10/27/1997 | | Pre-trial Scheduling Report as to Jose Francisco Almonte to Magistrate Judge Dixon. CC: Judge Britt team (fdc) (Entered: 10/27/1997) |
| 10/27/1997 | | Deadline updated as to Jose Francisco Almonte, set Arraignment before Judge W. E. Britt for 9:00 1/2/98 for Jose Francisco Almonte , and set Jury trial before Judge W. E. Britt for 9:00 1/2/98 for Jose Francisco Almonte in Wilmington (rp) (Entered: 10/27/1997) |
| 10/29/1997 | 23 | ORDER as to Jose Francisco Almonte granting [22-1] motion to amend the indictment to reflect defendant's true name - Noesi as to Jose Francisco Almonte (1) ( Signed by Judge Britt OB Ref: 9 p. 100)- 1c: USA, USM, PTS, USPO, counsel (rp) (Entered: 10/30/1997) |
| 11/04/1997 | 24 | PRETRIAL SCHEDULING ORDER as to Jose Francisco Noesi setting deadlines: Attorney Conference by 11/17/97 for Jose Francisco Noesi ; Pretrial Motion Filing due by 11/28/97 for Jose Francisco Noesi ; Response to Pretrial Motions due by 12/8/97 for Jose Francisco Noesi ( Signed by USMJ Dixon ) - 1c: USA (rp) (Entered: 11/04/1997) |
| 11/10/1997 | 25 | Suplemental Rule 40 Documents (Docket shett and detention order) as to Jose Francisco Noesi received from Southern District of FL. (pm) (Entered: 11/12/1997) |

| | | |
|---|---|---|
| 11/12/1997 | | Mailed letter as to Jose Francisco Noesi RE: Atty Status w/attached CJA 23 and pretrial scheduling order & self-addressed-stamped envelope (rp) (Entered: 11/12/1997) |
| 12/01/1997 | 26 | NOTICE of Appearance for Jose Francisco Noesi by Attorney Robert M. Hurley (Local Counsel) - (rp) (Entered: 12/01/1997) |
| 12/11/1997 | 27 | MOTION by Jose Francisco Noesi for enlargement of time to conduct pre-trial conference and to file pretrial motions - 1c: USMJ Dixon (rp) (Entered: 12/12/1997) |
| 12/12/1997 | 28 | ORDER as to Jose Francisco Noesi [27-1] motion for enlargement of time to conduct pre-trial conference and to file pretrial motions as to Jose Francisco Noesi (1) ( Signed by USMJ Wallace W. Dixon ) ALLOWING the motion to extend time - conference deadline is now 1-19-98, motion deadline is now 1-30-98; time from 12-11-97 to 1-19-98 is excluded from speedy trial calculations. cc: USA Jackson, Hurley, Storch (sc) (Entered: 12/12/1997) |
| 12/12/1997 | | (Court only) **Excludable XE start as to Jose Francisco Noesi (sc) (Entered: 12/12/1997) |
| 12/15/1997 | | Deadline updated as to Jose Francisco Noesi, reset pretrial conference before Judge W. E. Britt for 1/19/98 for Jose Francisco Noesi , and reset motion filing deadline for 1/30/98 for Jose Francisco Noesi (sc) (Entered: 12/15/1997) |
| 12/15/1997 | | Deadline updated as to Jose Francisco Noesi, reset Arraignment before Judge W. E. Britt for 9:00 2/24/98 for Jose Francisco Noesi , and reset Jury trial before Judge W. E. Britt for 9:00 2/24/98 for Jose Francisco Noesi in Raleigh (sc) (Entered: 12/15/1997) |
| 01/30/1998 | 30 | MOTION by Jose Francisco Noesi to produce law enforcement interview reports or notes w/individuals who will not be witnesses at trial and memo in support - cc: J. Dixon upon USA response. (sc) (Entered: 01/30/1998) |
| 01/30/1998 | 31 | MOTION by Jose Francisco Noesi to transcribe or to produce Grand Jury minutes and testimony and memo in support - cc: J. Dixon upon USA response. (sc) (Entered: 01/30/1998) |
| 01/30/1998 | 32 | MOTION by Jose Francisco Noesi for Jencks Act material and memo in support - cc: J. Dixon upon USA response. (sc) (Entered: 01/30/1998) |
| 01/30/1998 | 33 | MOTION by Jose Francisco Noesi for evidence under Rule 404(b) (for notice of intent to use and memo in support) cc: J. Dixon upon USA response. (sc) (Entered: 01/30/1998) |
| 01/30/1998 | 34 | MOTION by Jose Francisco Noesi for evidence under Brady Act and other favorable material and memo in support. cc: J. Dixon upon USA response. (sc) (Entered: 01/30/1998) |

| 01/30/1998 | 35 | MOTION by Jose Francisco Noesi for Disclosure of Amendment to Statements with Oral argument requested - cc: J. Dixon upon USA response. (sc) (Entered: 01/30/1998) |
|---|---|---|
| 01/30/1998 | 36 | MOTION by Jose Francisco Noesi to suppress and memo in support - cc: J. Britt upon USA response - (sc) (Entered: 01/30/1998) |
| 02/05/1998 | 37 | RESPONSE by USA as to Jose Francisco Noesi re [36-1] motion to suppress, [35-1] motion for Disclosure of Amendment to Statements, [34-1] motion for evidence under Brady Act, [33-1] motion for evidence under Rule 404(b), [32-1] motion for Jencks Act material, [31-1] motion to produce, [30-1] motion to produce (sc) (Entered: 02/05/1998) |
| 02/05/1998 | | Motion(s) referred to USMJ Wallace W. Dixon as to Jose Francisco Noesi : [35-1] motion for Disclosure of Amendment to Statements, [34-1] motion for evidence under Brady Act, [33-1] motion for evidence under Rule 404(b), [32-1] motion for Jencks Act material, [31-1] motion to produce, [30-1] motion to produce (sc) (Entered: 02/05/1998) |
| 02/05/1998 | | Motion(s) referred to Judge W. E. Britt as to Jose Francisco Noesi : [36-1] motion to suppress (sc) (Entered: 02/05/1998) |
| 02/10/1998 | | Received instruction from J. Britt to set hearing on motion to suppress - (sc) (Entered: 02/10/1998) |
| 02/19/1998 | | Spoke to attorney Storch and attorney Hurley at 3:10 p.m. this date - both advised that they would file a motion to hold the outstanding motion to suppress in abeyance. (sc) (Entered: 02/19/1998) |
| 02/20/1998 | | (Court only) Spoke to attorney Storch this date. He advised that he is filing a motion to hold the outstanding suppression motion in abeyance. (sc) (Entered: 02/20/1998) |
| 02/20/1998 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : reset Arraignment before Judge W. E. Britt for 9:30 3/11/98 for Jose Francisco Noesi , and reset Jury trial before Judge W. E. Britt for 9:30 3/11/98 for Jose Francisco Noesi in Raleigh in courtroom # 2 - 7th floor. (sc) (Entered: 02/20/1998) |
| 02/26/1998 | 40 | ********DOCKET OUT OF ORDER******************************** Letter - MOTION by Jose Francisco Noesi to continue from 3-11-98 to 4-8-98. (Per J. Britt, this matter to be treated as a motion) (sc) (Entered: 03/09/1998) |
| 02/27/1998 | 38 | MOTION by USA as to Jose Francisco Noesi of Continuance in Interests of Justice cc: J. Britt (sc) (Entered: 02/27/1998) |
| 03/02/1998 | 39 | ORDER as to Jose Francisco Noesi [38-1] motion of Continuance in Interests of Justice as to Jose Francisco Noesi (1) ( Signed by W. Earl Britt OB Ref: Br. Cr. Ob. 10 Pg. 110) ALLOWED and the arraignment and trial of this matter is reset for 3-26-98 in Raleigh |

| | | |
|---|---|---|
| | | w/time excluded for speedy trial purposes. cc: USA, USPO, PTS, USM, Hurley, Storch, jury section (sc) (Entered: 03/02/1998) |
| 03/02/1998 | | Deadline updated as to Jose Francisco Noesi, reset Arraignment before Judge W. E. Britt for 9:00 3/26/98 for Jose Francisco Noesi , and reset Jury trial before Judge W. E. Britt for 9:00 3/26/98 for Jose Francisco Noesi in Raleigh in courtroom # 2 - 7th floor. (sc) (Entered: 03/02/1998) |
| 03/09/1998 | | Per phone conversation w/AUSA Jane Jackson's secretary - Connie Raines, Jane does not object to the continuance to 4-8-98. (sc) (Entered: 03/09/1998) |
| 03/11/1998 | 41 | ORDER as to Jose Francisco Noesi [40-1] motion to continue as to Jose Francisco Noesi (1) ( Signed by W. Earl Britt OB Ref: Br. Cr. Ob. 10 Pg. 119) Continuance from 3-26-98 to 4-20-98 is ALLOWED. cc: USA, USPO, PTS, USM, Storch, Hurley (sc) (Entered: 03/13/1998) |
| 03/13/1998 | | (Court only) **Excludable start as to Jose Francisco Noesi (sc) (Entered: 03/13/1998) |
| 03/13/1998 | | Deadline updated as to Jose Francisco Noesi, reset Arraignment before Judge W. E. Britt for 9:00 4/20/98 for Jose Francisco Noesi , and reset Jury trial before Judge W. E. Britt for 9:00 4/20/98 for Jose Francisco Noesi in Raleigh. (sc) (Entered: 03/13/1998) |
| 03/19/1998 | 42 | ORDER as to Jose Francisco Noesi [35-1] motion for Disclosure of Amendment to Statements as to Jose Francisco Noesi (1), [34-1] motion for evidence under Brady Act as to Jose Francisco Noesi (1), [33-1] motion for evidence under Rule 404(b) as to Jose Francisco Noesi (1), [32-1] motion for Jencks Act material as to Jose Francisco Noesi (1), [31-1] motion to produce as to Jose Francisco Noesi (1), [30-1] motion to produce as to Jose Francisco Noesi (1) ( Signed by USMJ Dixon OB Ref: Br. Cr. Ob. 10 Pg. 133) motions DENIED as moot pursuant to phone call from counsel to clerk advising that a plea has been reached in this matter. cc: Jackson, Hurley, Storch (sc) (Entered: 03/20/1998) |
| 04/02/1998 | 43 | MOTION by USA as to Jose Francisco Noesi to seal , and other (sc) (Entered: 04/06/1998) |
| 04/03/1998 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : set Arraignment before Judge W. E. Britt for 10:00 4/20/98 for Jose Francisco Noesi , and Motion hearing before Judge W. E. Britt set for 2:00 4/20/98 as to: Jose Noesi, re: (36-1) Motion to Suppress, and reset Jury selection & trial before Judge W. E. Britt for 10:00 4/21/98 for Jose Francisco Noesi all in Raleigh in courtroom # 2 - 7th floor. (sc) (Entered: 04/03/1998) |
| 04/06/1998 | 44 | ORDER as to Jose Francisco Noesi [43-1] motion to seal as to Jose Francisco Noesi (1), [43-2] motion other as to Jose Francisco Noesi |

| | | |
|---|---|---|
| | | (1) ( Signed by USMJ Wallace W. Dixon ) Both ALLOWED and one copy served on USA pursuant to order. (sc) (Entered: 04/06/1998) |
| 04/20/1998 | | IN RALEIGH - Arraignment as to Jose Francisco Noesi held before Judge W. E. Britt . Court Reporter: Donna Tomawski Jose Francisco Noesi (1) count(s) 1 deft. present w/counsel - interpreter waived - rule 11 conducted - competency finding made (sc) (Entered: 04/20/1998) |
| 04/20/1998 | | PLEA entered by Jose Francisco Noesi . Court accepts plea. Guilty: Jose Francisco Noesi (1) count(s) 1 (Terminated motions - [36-1] motion to suppress as to Jose Francisco Noesi (1) ) (sc) (Entered: 04/20/1998) |
| 04/20/1998 | 45 | MEMORANDUM of Plea Agreement as to Jose Francisco Noesi Conditionally Approved cc: USA, USPO, PTS, USM, Storch, Hurley (sc) (Entered: 04/20/1998) |
| 04/20/1998 | | Deadline updated as to Jose Francisco Noesi, se set Sentencing before Judge W. E. Britt for 6/30/98 for Jose Francisco Noesi in Wilmington - time to be advised (sc) (Entered: 04/20/1998) |
| 06/12/1998 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : set Sentencing before Judge W. E. Britt for 9:00 6/29/98 for Jose Francisco Noesi in Wilmington (sc) (Entered: 06/12/1998) |
| 06/14/1998 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : reset Sentencing before Judge W. E. Britt for 9:00 6/29/98 for Jose Francisco Noesi Wilmington in courtroom # 3 (sc) (Entered: 06/14/1998) |
| 06/22/1998 | 47 | MOTION by Jose Francisco Noesi of Continuance in Interests of Justice re sentencing currently set for 6-19-98 in Wilmington - w/consent of USA (sc) (Entered: 06/22/1998) |
| 06/22/1998 | | Motion submission as to Jose Francisco Noesi : [47-1] motion of Continuance in Interests of Justice submitted as to Jose Francisco Noesi (1) (sc) (Entered: 06/22/1998) |
| 06/23/1998 | 48 | ORDER as to Jose Francisco Noesi [47-1] motion of Continuance in Interests of Justice as to Jose Francisco Noesi sentencing set for 6-29-98 (1) ( Signed by W. Earl Britt OB Ref: Br. Cr. Ob. 11 Pg. 49) DENIED - cc: Storch, Hurley, USA, USPO, USM - also called and left v-mail message for USPO, Dan @ USM in Wilmington, Storch, Hurley, and J. Jackson (sc) (Entered: 06/24/1998) |
| 06/29/1998 | | IN WILMINGTON - Sentencing held before Judge W. E. Britt . Court Reporter: Tracey Schell Jose Francisco Noesi (1) count(s) 1 - deft. present w/counsel - sworn - objections are withdrawn - deft. oral motion to continue sentencing is denied - guideline finding made - arguments re sentence presented - allocution offered - Ruling: BOP of 329 months w/recommendations, supervised release of 60 mths w/conditions; fine of $ 15,700.00 w/o interest and special |

| | | |
|---|---|---|
| | | assessment of $ 100.00 - w/all financial penalties due in full/immediately; deft. remanded to USM - (sc) (Entered: 07/02/1998) |
| 06/30/1998 | 49 | JUDGMENT Jose Francisco Noesi (1) count(s) 1. J&C of 6-30-98: BOP - 329 months w/recommendations S/R - 60 mths w/conditions Fine - $ 15,700.00 w/o interest S/A - $ 100.00 - all financal penalties due in full/immediately, statement of reasons & deft. is remanded to custody - USA, USPO-3, USM-3, PTS, fine center, Sharon, Hurley, Storch, Br. Cr. Ob. 11 Pg. 57 Signed by W. Earl Britt OB Ref: Br. Cr. Ob. 11 Pg. 57 (sc) (Entered: 07/02/1998) |
| 07/02/1998 | | (Court only) **Case closed as to Jose Francisco Noesi, Derek Enriquez, Richard Alava (all defendants). Termination of party Jose Francisco Noesi, party Richard Alava, party Derek Enriquez, party USA (sc) (Entered: 07/02/1998) |
| 07/02/1998 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jose Francisco Noesi (sc) (Entered: 07/02/1998) |
| 07/13/1998 | 50 | NOTICE OF APPEAL by Jose Francisco Noesi (1) count(s) 1 - lc 4th Circuit Court of Appeals, lc U.S. Atty., Probation, Pre-trial Services, Marshal and Counsel of Record. (fdc) (Entered: 07/14/1998) |
| 07/14/1998 | | Notice of Appellate Action as to Jose Francisco Noesi sent to USCA and counsel re: [50-1] appeal Appeal Pkg. mailed consisting of Transcript Order Form, Dkting Statement, Transm. Sheet and Index (fdc) (Entered: 07/14/1998) |
| 07/23/1998 | | NOTICE of Docketing ROA from USCA as to Jose Francisco Noesi Re: [50-1] appeal USCA Number: 98-4528 Case Manager: Merlene Smith Taylor (fdc) (Entered: 07/24/1998) |
| 07/27/1998 | 51 | AMENDED JUDGMENT: ( Signed by W. Earl Britt OB Ref: Br. Cr. Ob. 11 Pg. 83 Amended and Corrected due to clerical error only as to the recommendation for placement for service of sentence. cc: USA, USPO-3, USM-3, PTS, fine center, Sharon, Hurley, Storch. (sc) Modified on 07/27/1998 (Entered: 07/27/1998) |
| 08/10/1998 | | TRANSCRIPT filed as to Jose Francisco Noesi for Hearing on Sentencing, June 29, 1998 before Judge Britt Court Reporter Tracy Schell(re: [50-1] appeal ) (fdc) (Entered: 08/12/1998) |
| 08/11/1998 | | USCA appeal fees received $ 105.00 Receipt # 105-414 as to Jose Francisco Noesi Re: [50-1] appeal (fdc) (Entered: 08/11/1998) |
| 08/19/1998 | 54 | MARSHAL'S RETURN ON JUDGMENT as to Jose Francisco Noesi executed on 08/04/98 (sc) (Entered: 08/20/1998) |
| 09/17/1998 | | Certificate to USCA and Counsel as to Jose Francisco Noesi re: [50-1] appeal certifying that the record in this case is complete for purposes of the appeal. Cy. to U.S. Atty and Counsel of Record. (fdc) (Entered: 09/17/1998) |

| 12/03/1998 | <u>55</u> | MOTION by Jose Francisco Noesi to proceed in forma pauperis and eligibility for court appointed counsel - lc Judge Britt by memo. (fdc) (Entered: 12/09/1998) |
|---|---|---|
| 02/03/1999 | <u>56</u> | ORDER as to Jose Francisco Noesi granting [55-1] motion to proceed in forma pauperis as to Jose Francisco Noesi (1) ( Signed by Judge Britt OB Ref: CR OB # 12, p 13) lc Mr. Storch, lc U.S. Atty. (fdc) (Entered: 02/04/1999) |
| 02/19/1999 | <u>57</u> | ORDER as to Jose Francisco Noesi - The court appoints Robert Hurley, of Raleigh, NC as counsel for the appellant pursuant to the provisions of the Criminal Justice Act. ( Signed by Patricia Connor, Clerk U.S. Court of Appeals) (fdc) (Entered: 02/19/1999) |
| 06/25/1999 | | TRANSCRIPT filed as to Jose Francisco Noesi for Hearing on Guilty Plea April 20, 1998 before Judge Britt Volume I of I, pages 1 - 16 Court Reporter Donna Tomawski(re: [50-1] appeal ) (fdc) (Entered: 06/25/1999) |
| 06/28/1999 | | Certificate to USCA and Counsel as to Jose Francisco Noesi re: [50-1] appeal certifying that the record in this case is complete for purposes of the appeal. Cy. to U.S.Atty. and Counsel of Record. (fdc) (Entered: 06/28/1999) |
| 11/12/1999 | <u>58</u> | Opinion from USCA Re: [50-1] appeal - Vacated and remanded by unpublished per curiam opinion. lc Judge Britt. (fdc) (Entered: 11/15/1999) |
| 12/07/1999 | | (Court only) **Remove appeal flag - no further appeals pending (rp) (Entered: 12/07/1999) |
| 12/07/1999 | 59 | JUDGMENT OF USCA (certified copy) as to Jose Francisco Noesi Re: [50-1] appeal remanding for resentencing Jose Francisco Noesi (1) count(s) 1 - lc Judge Britt, lc U.S. Atty. (fdc) (Entered: 12/22/1999) |
| 12/13/1999 | | E-mail to David re reassignment of case for sentencing pursuant to 4th Circuit instruction. (sc) (Entered: 12/13/1999) |
| 12/14/1999 | | CASE reassigned to Judge Malcolm J. Howard (sc) (Entered: 12/29/1999) |
| 12/14/1999 | <u>60</u> | ORDER as to Jose Francisco Noesi ( Signed by David Daniel, Clerk OB Ref: Br. Cr. Ob. 13 Pg. 38) - reassigning case to J. Howard - 12/29 entered & served. (sc) (Entered: 12/29/1999) |
| 12/30/1999 | | Deadline updated as to Jose Francisco Noesi, Set Re-Sentencing upon remand from Fourth Circuit before Judge Malcolm J. Howard for 10:00 1/24/00 for Jose Francisco Noesi (fdc) (Entered: 12/30/1999) |
| 01/07/2000 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : SEt Sentencing before Judge Malcolm J. Howard for 2:00 1/24/00 for Jose Francisco Noesi (jh) (Entered: 01/07/2000) |

| 01/21/2000 | 61 | ORDER as to Jose Francisco Noesi, , Reset Sentencing before Judge Malcolm J. Howard for 10:00 2/7/00 for Jose Francisco Noesi ( Signed by Judge Howard OB Ref: #24, p. 8) (fdc) (Entered: 01/21/2000) |
|---|---|---|
| 01/21/2000 | | (Court only) **Added for Jose Francisco Noesi Attorney Robert Hood Hale Jr. (fdc) (Entered: 01/21/2000) |
| 01/21/2000 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : Set RE-Sentencing before Judge Malcolm J. Howard for 10:00 2/7/00 for Jose Francisco Noesi (jh) (Entered: 01/21/2000) |
| 02/04/2000 | 62 | MOTION by Jose Francisco Noesi to continue sentencing hearing w/cs - c: Judge Howard w/p.o. (fdc) (Entered: 02/04/2000) |
| 02/07/2000 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : Reset Re-Sentencing upon remand from the Fourth Circuit before Judge Malcolm J. Howard for 1:30 2/22/00 for Jose Francisco Noesi (fdc) (Entered: 02/07/2000) |
| 02/07/2000 | 63 | ORDER as to Jose Francisco Noesi granting [62-1] motion to continue sentencing hearing as to Jose Francisco Noesi (1), Reset Sentencing before Judge Malcolm J. Howard for 1:30 2/22/00 for Jose Francisco Noesi ( Signed by Judge Howard OB Ref: #24, p. 42 cys dist) (fdc) (Entered: 02/09/2000) |
| 02/07/2000 | 64 | ORDER Appointing Federal Public Defender for Jose Francisco Noesi - OB #24, p. 43 cys dist (fdc) (Entered: 02/09/2000) |
| 02/14/2000 | | (Court only) **Added for Jose Francisco Noesi Attorney Robert H. Hale (fdc) (Entered: 02/14/2000) |
| 02/16/2000 | 65 | MOTION by Jose Francisco Noesi to continue the re-sentencing set for 2/22/00 in Greenville w/cs c: Judge Howard (jh) (Entered: 02/17/2000) |
| 02/17/2000 | 66 | NOTICE of Appearance for Jose Francisco Noesi by Attorney Myron T. Hill Jr. cys dist (jh) (Entered: 02/17/2000) |
| 02/17/2000 | 67 | ORDER as to Jose Francisco Noesi granting [65-1] motion to continue the re-sentencing set for 2/22/00 in Greenville as to Jose Francisco Noesi (1), Reset Sentencing before Judge Malcolm J. Howard for 4/17/00 for Jose Francisco Noesi ( Signed by Judge Howard OB Ref: #24, p. 79 cys dist) (fdc) (Entered: 02/28/2000) |
| 02/28/2000 | 68 | NOTICE of Appearance for Jose Francisco Noesi by Attorney J. Douglas McCullough cys dist (fdc) (Entered: 02/29/2000) |
| 03/31/2000 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : Set Sentencing before Judge Malcolm J. Howard for 1:30 4/18/00 for Jose Francisco Noesi (fdc) (Entered: 03/31/2000) |
| 04/14/2000 | 70 | MOTION by Jose Francisco Noesi to continue the sentencing set for 4/18/00 in Greenville w/cs c: Judge Howard (jh) (Entered: |

| | | 04/21/2000) |
|---|---|---|
| 04/17/2000 | 69 | ORDER as to Jose Francisco Noesi, Reset Sentencing before Judge Malcolm J. Howard for 1:30 6/12/00 for Jose Francisco Noesi ( Signed by Judge Howard OB Ref: #24, p. 216 cys dist) (fdc) (Entered: 04/19/2000) |
| 06/02/2000 | | Issued NOTICE TO APPEAR as to Jose Francisco Noesi : Set Sentencing before Judge Malcolm J. Howard for 9:00 6/13/00 for Jose Francisco Noesi (fdc) (Entered: 06/02/2000) |
| 06/12/2000 | 71 | MOTION by USA as to Jose Francisco Noesi for downward departure due to substantial assistance w/cs - c: Judge Howard (fdc) (Entered: 06/15/2000) |
| 06/13/2000 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jose Francisco Noesi (fdc) (Entered: 06/15/2000) |
| 06/13/2000 | | Re-Sentencing Upon Remand from the Fourth Circuit held before Judge Malcolm J. Howard . Court Reporter: Edith Thompson Jose Francisco Noesi (1) count(s) 1 - deft present w/counsel - PSR sealed (fdc) Modified on 06/15/2000 (Entered: 06/15/2000) |
| 06/13/2000 | | ORAL ORDER as to Jose Francisco Noesi granting [71-1] motion for downward departure due to substantial assistance as to Jose Francisco Noesi (1) ( Entered by Judge Howard) (fdc) (Entered: 06/15/2000) |
| 06/13/2000 | 72 | AMENDED JUDGMENT: Jose Francisco Noesi (1) count(s) 1. J&C of 6-30-98: BOP - 329 months w/recommendations S/R - 60 mths w/conditions Fine - $ 15,700.00 w/o interest S/A - $ 100.00 - all financal penalties due in full/immediately, statement of reasons & deft. is remanded to custody - USA, USPO-3, USM-3, PTS, fine center, Sharon, Hurley, Storch, Br. Cr. Ob. 11 Pg. 57 - AMENDED JUDGMENT 6/13/00 - upon remand from 4th circuit - BOP - 168 mso. - support dependents - spec. conds. of sup. rel. - 5 yrs. - $100.00 spec. assessment - due immed. no fine , Jose Francisco Noesi (1) count(s) 1. J&C of 6-30-98: BOP - 329 months w/recommendations S/R - 60 mths w/conditions Fine - $ 15,700.00 w/o interest S/A - $ 100.00 - all financal penalties due in full/immediately, statement of reasons & deft. is remanded to custody - USA, USPO-3, USM-3, PTS, fine center, Sharon, Hurley, Storch, Br. Cr. Ob. 11 Pg. 57 - AMENDED JUDGMENT 6/13/00 - upon remand from 4th circuit - BOP - 168 mso. - support dependents - spec. conds. of sup. rel. - 5 yrs. - $100.00 spec. assessment - due immed. no fine - statement of reasons - downward departure mtn - granted ( Signed by Judge Howard OB Ref: #25, p.232 cys dist) (jh) (Entered: 07/05/2000) |
| 05/29/2001 | 75 | Document Filed by USA as to Jose Francisco Noesi Titled: transcript of the resentencing upon remand on June 13, 2000, before Judge Howard. (ab) (Entered: 06/05/2001) |

| | | |
|---|---|---|
| 06/13/2001 | 76 | MOTION by Jose Francisco Noesi to vacate under 28 U.S.C. 2255 ( Civil Action # 5:01-CV-442-H) (gm) (Entered: 06/15/2001) |
| 06/15/2001 | | Motion submission as to Jose Francisco Noesi : [76-1] motion to vacate under 28 U.S.C. 2255 submitted as to Jose Francisco Noesi (1) (gm) (Entered: 06/15/2001) |
| 06/25/2001 | | Letter to USA as to Jose Francisco Noesi regarding [76-1] motion to vacate under 28 U.S.C. 2255 Answer due on 7/15/01 for USA (gm) (Entered: 06/25/2001) |
| 07/13/2001 | 78 | MEMORANDUM by Jose Francisco Noesi in support of [76-1] motion to vacate under 28 U.S.C. 2255 (gm) (Entered: 07/20/2001) |
| 07/13/2001 | | Exhibits in support of Motion by Jose Francisco Noesi (gm) (Entered: 07/20/2001) |
| 07/16/2001 | 79 | MOTION by USA as to Jose Francisco Noesi for extension of time (gm) (Entered: 07/23/2001) |
| 07/24/2001 | 81 | ORDER as to Jose Francisco Noesi granting [79-1] motion for extension of time as to Jose Francisco Noesi (1), and Response to motion reset to 8/16/01 for USA for [76-1] motion to vacate under 28 U.S.C. 2255 ( Signed by Daniel, Clerk cc: pet, USA ) (gm) (Entered: 07/26/2001) |
| 08/16/2001 | 82 | MOTION by USA as to Jose Francisco Noesi for extension of time (gm) (Entered: 08/20/2001) |
| 08/21/2001 | 83 | ORDER as to Jose Francisco Noesi granting [82-1] motion for extension of time as to Jose Francisco Noesi (1), Response to motion reset to 9/17/01 for USA for [76-1] motion to vacate under 28 U.S.C. 2255 ( Signed by Daniel, Clerk cc: pet, USA ) (gm) (Entered: 08/21/2001) |
| 09/10/2001 | 84 | MEMORANDUM of Supplemental Authority by Jose Francisco Noesi (gm) (Entered: 09/18/2001) |
| 09/17/2001 | 85 | MOTION by USA as to Jose Francisco Noesi to dismiss (gm) (Entered: 09/19/2001) |
| 09/17/2001 | 86 | MEMORANDUM by USA as to Jose Francisco Noesi in support of [85-1] motion to dismiss (gm) (Entered: 09/19/2001) |
| 10/10/2001 | 87 | MOTION by Jose Francisco Noesi for extension of time (gm) (Entered: 10/10/2001) |
| 10/11/2001 | 88 | ORDER as to Jose Francisco Noesi granting [87-1] motion for extension of time as to Jose Francisco Noesi (1), and Response to motion reset to 10/20/01 for Jose Francisco Noesi for [85-1] motion to dismiss ( Signed by Daniel, Clerk cc: all counsel ) (gm) (Entered: 10/11/2001) |

| | | |
|---|---|---|
| 10/22/2001 | 89 | RESPONSE by Jose Francisco Noesi to [85-1] motion to dismiss (gm) (Entered: 10/25/2001) |
| 04/16/2002 | | Motion submission as to Jose Francisco Noesi : [85-1] motion to dismiss submitted as to Jose Francisco Noesi (1) (gm) (Entered: 04/16/2002) |
| 05/14/2002 | 90 | ORDER as to Jose Francisco Noesi granting [85-1] motion to dismiss as to Jose Francisco Noesi (1)terminating [76-1] motion to vacate under 28 U.S.C. 2255 as to Jose Francisco Noesi (1) ( Signed by Judge Howard cc: cnsl pet, USA ) (gm) (Entered: 05/15/2002) |
| 05/15/2002 | 91 | ENTRY OF JUDGMENT IN 2255 CASE Civil Case Number: 5:01-CV-442-H ( Signed by Daniel, Clerk by McDowell, Deputy Clerk cc: cnsl pet, USA) (gm) (Entered: 05/15/2002) |
| 04/26/2005 | 92 | Document Filed by USA as to Jose Francisco Noesi Titled:Termination of liability and certificate of release of lien - lc:Judge Howard & AUSA` (jm) (Entered: 04/28/2005) |
| 12/14/2007 | ❸ 93 | MOTION For Reduction in term of Imprisonment as a Result of Amended Guideline Range by Jose Francisco Noesi. (Attachments: # 1 Envelope) (Deputy Clerk - JA, ) (Entered: 12/14/2007) |
| 12/14/2007 | ❸ 94 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Jose Francisco Noesi. (Deputy Clerk - AEB, ) (Entered: 02/14/2008) |
| 12/14/2007 | ❸ | (Court only) ***Motions terminated as to Jose Francisco Noesi: 93 MOTION filed by Jose Francisco Noesi. (Deputy Clerk - AEB, ) (Entered: 02/14/2008) |
| 12/19/2007 | ❸ | Motion Submission as to Jose Francisco Noesi re 93 MOTION to Judge Howard via email. (Deputy Clerk - JHC, ) (Entered: 12/19/2007) |
| 03/31/2008 | ❸ 95 | NOTICE OF ATTORNEY APPEARANCE: Robert Hood Hale, Jr appearing for Jose Francisco Noesi (Hale, Robert) (Entered: 03/31/2008) |
| 04/22/2008 | ❸ 96 | NOTICE OF ATTORNEY APPEARANCE: Thomas P. McNamara appearing for Jose Francisco Noesi (McNamara, Thomas) (Entered: 04/22/2008) |
| 04/22/2008 | ❸ 97 | MOTION to Withdraw as Attorney by Thomas McNamara. by Jose Francisco Noesi. (Attachments: # 1 Text of Proposed Order) (McNamara, Thomas) (Entered: 04/22/2008) |
| 04/24/2008 | ❸ | Motion Submission as to Jose Francisco Noesi re 97 MOTION to Withdraw as Attorney by Thomas McNamara to Judge Howard via email. (Deputy Clerk - JHC, ) (Entered: 04/24/2008) |

| | | |
|---|---|---|
| 05/19/2008 | 98 | ORDER granting 97 Motion to Withdraw as Attorney. Thomas P. McNamara withdrawn from case as to Jose Francisco Noesi (1). Signed by Judge Malcolm J. Howard on 5/16/08. (Deputy Clerk - LL) (Entered: 05/19/2008) |
| 05/19/2008 | | (Court only) ***Staff Notes as to Jose Francisco Noesi: Copy of DE #98 Order Withdrawing Counsel to defendant at: Jose Noesi #57778-004, Federal Correctional Satellite Low, 2600 Highway 301 South, Jesup, GA 31599. (Deputy Clerk - LL) (Entered: 05/19/2008) |
| 10/03/2008 | 99 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Jose Francisco Noesi. (Attachments: # 1 Exhibit Exhibits 1-4 (SEALED), # 2 Exhibit 5-7 (SEALED), # 3 Exhibit 8-11) (Hale, Robert) Modified on 10/29/2008 - Sealed exhibits 1-4 and 5-7 as they contain confidential information. (Lee, L.). (Entered: 10/03/2008) |
| 10/06/2008 | | Motion Submission as to Jose Francisco Noesi re 99 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 submitted to Judge Howard. (Lee, L.) (Entered: 10/06/2008) |
| 10/29/2008 | | (Court only) ***Staff Notes as to Jose Francisco Noesi: At the direction of chambers, Exhibits 1-4 and 5-7 to DE #99 18:3582 motion have been sealed as they contain confidential information, including copies of the PSR and SOR. (Lee, L.) (Entered: 10/29/2008) |
| 11/05/2008 | | NOTICE TO COUNSEL OF SETTING HEARING ON MOTION as to Jose Francisco Noesi: 94 and 99 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582: Motion Hearing set for 12/2/2008 term in Greenville - Courtroom before Judge Malcolm J. Howard. (Lee, L.) (Entered: 11/05/2008) |
| 11/17/2008 | 100 | NOTICE OF HEARING ON MOTION in case as to Jose Francisco Noesi 94 & 99 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582: Motion Hearing set for 12/2/2008 10:00 AM in Greenville - Courtroom before Senior Judge Malcolm J. Howard. (Lee, L.) (Entered: 11/17/2008) |
| 12/02/2008 | 101 | Minute Entry for proceedings held before Senior Judge Malcolm J. Howard in Greenville: Motion Hearing as to Jose Francisco Noesi held on 12/2/2008 re 99 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 filed by Jose Francisco Noesi, 94 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 filed by Jose Francisco Noesi - Deft's presence not required - Court hears argument from counsel - Court will GRANT the motion for reduction - Written order to follow. (Court Reporter Heather Carr.) (Lee, L.) (Entered: 12/03/2008) |

| 12/02/2008 | 🎯 102 | ORDER/RETRO JUDGMENT GRANTING 94 and 99 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 Count 1 as to Jose Francisco Noesi (1); ORDER: BOP: 168 mos. is reduced to 156 mos. Signed by Senior Judge Malcolm J. Howard on 12/2/08. (Lee, L.) (Entered: 12/03/2008) |
|------------|--------|------------------------------------------------------------------------|
| 09/07/2010 | 🎯 103 | Probation Jurisdiction Transferred to Southern District of Florida as to Jose Francisco Noesi - Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Lee, L.) (Entered: 09/07/2010) |

DOCKET NUMBER *(Rec. Court)*
10-TP-60030-DIC

| NAME OF OFFENDER Jose Francisco Noesi | DISTRICT **EASTERN NORTH CAROLINA** | DIVISION Western |

NAME OF SENTENCING JUDGE
**Malcolm J. Howard**

FILED by _____ D.C.

JUN 29 2010

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. – FT. LAUD

| DATES OF SUPERVISION → | FROM 03/06/2009 | TO 03/05/2014 |

OFFENSE
**Conspiracy to Distribute and Distribution of Cocaine and Cocaine Base (Crack) 21 U.S.C. 841(a)(1)**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to th eUnited States District Court for the Southern District of Florida upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

_4/12/10_
Date

_____
Senior U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

### PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

_June 25, 2010_
Effective date

_____
United States District Judge

I certify the foregoing to be a true and correct copy of the original.
Dennis P. Tavarone, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk